No. 628. PEWEE COAL CO., INC., v. UNITED STATES. Court of Claims. Certiorari denied. *Martin Emilius Carlson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 639. SEABOARD & WESTERN AIRLINES, INC., v. CIVIL AERONAUTICS BOARD ET AL.; and

No. 645. CIVIL AERONAUTICS BOARD v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Hardy K. Maclay* and *Walter D. Hansen* for petitioner in No. 639. *Solicitor General Rankin, Assistant Attorney General Hansen, Franklin M. Stone* and *O. D. Ozment* for petitioner in No. 645. *Henry J. Friendly* for Pan American World Airways, Inc., and *Charles Pickett* and *William Caverly* for Trans World Airlines, Inc., respondents. Reported below: 104 U. S. App. D. C. 288, 261 F. 2d 754.

No. 647. GICHNER IRON WORKS, INC., v. HANNA ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard W. Galiher* and *William E. Stewart, Jr.* for petitioner. *Paul R. Connolly* and *Hugh Lynch, Jr.* for respondents.

No. 378, Misc. LLOYD v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.